1042

THE STATE OF WASHINGTON, *Respondent*, v. LEE EDWARD SHADRICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03702-6, Palmer Robinson, J., entered July 17, 2002. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL BRITTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-11166-0, James D. Cayce, J., entered May 29, 2002. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ABRAHAM ROBERT OGELSBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06357-6, Charles W. Johnson, J. Pro Tem., entered November 16, 2001. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JOSHUA KIRBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00786-1, Paris K. Kallas, J., entered July 15, 2002. *Affirmed* by unpublished per curiam opinion.